

# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BREDAR, JAMES K. | U.S. DISTRICT COURT - MARYLAND | 4/20/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - NOMINEE | ☑ Nomination, Date 4/21/2010 <br> ☐ Initial ☐ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2009 to 3/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 8C UNITED STATES COURT HOUSE <br> 101 WEST LOMBARD STREET <br> BALTIMORE, MARYLAND 21201 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. VOLUNTEER SKI PATROL ALUMNI (JOINED 12/72) | NATIONAL SKI PATROL (CHAPTER: WINTER PARK SKI RESORT, WINTER PARK, CO) |
| 2. GOVERNOR, FEDERAL BAR ASSOCIATION | FEDERAL BAR ASSOCIATION, MARYLAND CHAPTER |
| 3. TRUSTEE | VERA INSTITUTE OF JUSTICE, NEW YORK, NY |
| 4. MEMBER | ARCHITECTURAL COMMITTEE TUFTON SPRINGS NEIGHBORHOOD, BALTIMORE COUNTY, MD |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-18 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009-2010 | BALTIMORE COUNTY PUBLIC SCHOOLS - SALARY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. WR PROPERTY MANAGEMENT, LLC 107 Green Bay Road, Wilmette, IL 60091 | GUARANTOR ON CHILD'S LEASE (COLLEGE LEASE) | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREDAR, JAMES K. | 4/26/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 | | | | | Exempt | | | | |
| 2. -T.ROWE PRICE HEALTH SERVICES | | None | J | T | | | | | |
| 3. -T.ROWE PRICE PRIME RESERVE | A | Dividend | J | T | | | | | |
| 4. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 5. -T.ROWE PRICE - UNITRIN INC | A | Dividend | J | T | | | | | |
| 6. IRA #1 | A | Dividend | L | T | | | | | |
| 7. -T.ROWE PRICE BLUE CHIP GROWTH - IRA | | | | | | | | | |
| 8. -T.ROWE PRICE PRIME RESERVE - IRA | | | | | | | | | |
| 9. IRA #2 | A | Dividend | J | T | | | | | |
| 10. -WELLS FARGO - LARGE CO CORE - INV - IRA | | | | | | | | | |
| 11. 403(B) #1 (IRA) | A | Dividend | K | T | | | | | |
| 12. -VALIC (AIG) - BLUE CHIP GROWTH FUND | | | | | | | | | |
| 13. -VALIC - ARIEL APPRECIATION FUND | | | | | | | | | |
| 14. -VALIC - SM CAP AGGRESSIVE GROWTH | | | | | | | | | |
| 15. -VALIC - VANGUARD LONG-TERM TREASURY | | | | | | | | | |
| 16. -VALIC - VANGUARD LT INV - GRADE FUND | | | | | | | | | |
| 17. -VALIC - AMER FUNDS GROWTH FUND | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -VALIC - ARTISAN MID CAP VALUE | | | | | | | | | |
| 19. -VALIC - BARON SCAP FUND | | | | | | | | | |
| 20. -VALIC - AMCENT INF-ADJ BOND INV | | | | | | | | | |
| 21. -VALIC - PIMCO TOTAL RETURN A | | | | | | | | | |
| 22. | | | | | | | | | |
| 23. HARTFORD INS CO ANNUITY #1 | | None | M | T | | | | | |
| 24. HARTFORD INS CO ANNUITY #2 | | None | M | T | | | | | |
| 25. HARTFORD INS CO ANNUITY #4 | | None | | | | | | | |
| 26. HARTFORD INS CO ANNUITY #5 | | None | | | | | | | |
| 27. COLLEGE SAVINGS PLAN OF MD - 529 PLAN | | None | K | T | | | | | |
| 28. BANK OF AMERICA (VARIOUS ACCOUNTS) | | None | M | T | | | | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and C3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

PART I. POSITIONS:
LINE 3: HERE THE ROLE OF "TRUSTEE" IS EQUIVALENT TO THAT OF A "DIRECTOR". I AM A MEMBER OF A BOARD OF TRUSTEES FOR A NON-PROFIT ORGANIZATION.

PART III-A. NON-INVESTMENT INCOME:
NON-REPORTABLE NON-INVESTMENT INCOME WAS RECEIVED FROM THE U.S. DISTRICT COURT FOR MARYLAND AS SALARY FOR THE POSITION OF FULL TIME MAGISTRATE JUDGE.

PART VII. INVESTMENTS AND TRUSTS
IRA # 1 CONSISTS OF THE FOLLOWING FUNDS: T.ROWE PRICE BLUE CHIP GROWTH, T.ROWE PRICE PRIME RESERVE

IRA #2 CONSISTS OF THE FOLLOWING FUNDS: WELLS FARGO LARGE CO CORE - INV

403(B) #1 CONSISTS OF THE FOLLOWING FUNDS: BLUE CHIP GROWTH FUND, ARIEL APPRECIATION FUND, SM CAP AGGRESSIVE GROWTH, VANGUARD LONG-TERM TREASURY, VANGUARD LT INV-GRADE FUND, AMER FUNDS GROWTH FUND, ARTISAN MID CAP VALUE, BARON SCAP FUND, AMCENT INF-ADJ BOND INV, PIMCO TOTAL RETURN A

ALTHOUGH FULLY DISTRIBUTED DURING AUGUST 2009, HARTFORD INS. CO ANNUITY #4 AND #5 HAVE BEEN REPORTED SINCE THEY WERE HELD DURING 2009. THERE WAS NO REPORTABLE INCOME FOR THE PERIOD OF THE REPORT.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 139 | 230 | Notes payable to banks-secured | | 2 | 182 |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 75 | 441 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | 15 | 797 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 134 | 475 |
| Real estate owned-add schedule | 1 | 156 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 128 | 000 | | | | |
| Cash value-life insurance | | 4 | 000 | | | | |
| Other assets itemize: | | | | | | | |
| Annuities (p.v. structured settlements) | | 550 | 000 | | | | |
| Fed. Gov't TSP account | | 366 | 084 | | | | |
| CSRS | | 68 | 169 | | | | |
| VALIC Tax Sheltered Annuity (403b) | | 25 | 628 | Total liabilities | | 136 | 657 |
| Wells Fargo IRA | | 1 | 355 | Net Worth | 2 | 393 | 047 |
| Total Assets | 2 | 529 | 704 | Total liabilities and net worth | 2 | 529 | 704 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 8 | 796 | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you a defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |

55